UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JAMES SPEARS,<br>Plaintiff | ) ) ) | CIVIL ACTION NO. 4:20-CV-1817 |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY,<br>Defendant | ) ) ) ) | (ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in favor of John James Spears by separate order.

(4) The Clerk of Court is DIRECTED to close this case.

Date: March 7, 2022                              BY THE COURT

                                                *s/William I. Arbuckle*
                                                William I. Arbuckle
                                                U.S. Magistrate Judge